## Case No. 14,419.

### UNITED STATES v. A BOX OF DRY GOODS.

[Cited in U. S. v. The Francis Hatch, Case No. 15,158. Nowhere reported; opinion not now accessible.]